In re NOMINATION PAPERS OF Michael J. CAVANAGH for Representative in the General Assembly for the 51st District.

**Appeal of Michael J. Cavanagh.**

Supreme Court of Pennsylvania.

Submitted on Briefs Sept. 29, 2004.
Decided Oct. 27, 2004.

Michael Cavanagh, for Pro Se.

Kenneth B. Burkley, for Robert Bowers.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of October, 2004, the Order of the Commonwealth Court is affirmed.

John Daryl IRWIN, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., Appellees.**

Supreme Court of Pennsylvania.

Nov. 3, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, probable jurisdiction is noted and the order appealed is affirmed.